# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **MIDLAND STATES BANK,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:21-cv-00354 |
| | ) |
| **YGRENE ENERGY FUND, INC., et al.,** | ) |
| | ) |
| Defendants. | ) |

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office:

### Option 1

☐ An ADR conference has been held. The neutral elects to extend the deadline for completing ADR for ____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____.
_____

### Option 2

In accordance with the Court's Order Referring Case to ADR,

**X** A final ADR conference was held on: **May 17, 2022**.

**X** All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference, and each possessed the requisite settlement authority;

☐ The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:
_____.
_____

The ADR referral was concluded on __May 17, 2022__ and the parties [☐ did **X** did not] achieve a settlement.
_____

### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

May 17, 2022                          /s/ Bradley A. Winters
Date                                  Neutral