# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MIDLAND STATES BANK, | ) |
| Plaintiff, | ) |
| | ) Case No. 4:21-cv-354 |
| v. | ) |
| YGRENE ENERGY FUND INC., et al. | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS ATTORNEY

The undersigned, Thomas D. Appelbaum, moves the Court for an Order allowing him to withdraw as an attorney of record for Defendants St. Louis County and Mark R. Devore in his official capacity as County Collector, due to this attorney being reassigned within the office of St. Louis County Counselor. Defendants will continue to be represented by other attorneys at the County Counselor's office. This change is not intended to, nor will it, delay this proceeding to the best of counsel's knowledge, information, and belief. Further, withdrawal will not cause any material adverse effect on the interests of any party in this matter and good cause for withdrawal exists. Undersigned requests that the Court remove him from the list of parties receiving electronic notifications in this case.

WHEREFORE, the undersigned respectfully requests the Court grant this Motion, allowing him to withdraw as attorney for Defendants St. Louis County and Mark R. Devore, and removing him from the list of parties receiving electronic notification in this case.

          Respectfully submitted,

          BETH ORWICK
          ST. LOUIS COUNTY COUNSELOR

Dated: November 4, 2022

/s/ _____
Thomas Appelbaum, MBE #58289
Lawrence K. Roos County Government Building
41 S. Central Ave., Ninth Floor
Clayton, MO 63105
Telephone: (314) 615-7009
Facsimile: (314) 615-3732
TAppelbaum@stlouiscountymo.gov

***Attorney for Defendants St. Louis County and Mark R. Devore***

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the 4th day of November, 2022, the foregoing was filed electronically and served on all parties of record via the Clerk of the Court's CM/ECF system.

          /s/Thomas D. Appelbaum